# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LASHA MUSERIDZE,                                :
                                                :
                    Petitioner,                 :
                                                :
        v.                                      :   Case No. 2:26-cv-00264
                                                :
JAMAL L. JAMISON, *et al.*,                     :
                                                :
                    Respondents.                :

## STIPULATION AND ORDER

Petitioner is a non-citizen who has been detained by immigration authorities and filed this action for a writ of habeas corpus on January 15, 2026 (Doc. No. 1).

To expeditiously resolve the petition, the parties hereby stipulate and agree to waive any evidentiary hearing or oral argument and respectfully request that the Court decide the petition for a writ of habeas corpus on the papers at the Court's earliest convenience.


Dated:  January 26, 2026                So stipulated and respectfully submitted,

                                        DAVID METCALF
                                        United States Attorney


*/s/Mana Aliabadi, Esq.*                 */s/ Rebecca S. Melley*
MANA ALIABADI                           REBECCA S. MELLEY
Palladino, Isbell & Casazza, LLC        Assistant United States Attorney
1528 Walnut St, Suite 1701              Eastern District of Pennsylvania
Philadelphia, PA 19102                  615 Chestnut Street, Suite 1250
Phone:  (215) 576-9000                  Philadelphia, PA 19106
Email:  mana@piclaw.com                 Phone:  (215) 861-8328
                                        Email:  Rebecca.Melley@usdoj.gov

*Counsel for Petitioner*

                                        *Counsel for Respondents*

AND NOW, upon consideration of the parties' stipulation, it is hereby ORDERED that the petition for a writ of habeas corpus will be decided on the papers and without an evidentiary hearing or oral argument.

BY THE COURT

Dated: 1/27/2026

/S/ Kai N. Scott

KAI N. SCOTT
United States District Court Judge

2

**CERTIFICATE OF SERVICE**

I certify that this stipulation and proposed order, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.


Dated: January 26, 2026                    /s/ *Rebecca S. Melley*
                                           REBECCA S. MELLEY
                                           Assistant United States Attorney