IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LASHA MUSERIDZE, | : |
| *Petitioner,* | : |
| v. | : CIVIL NO. 26-0264 |
| JAMAL L. JAMISON *et al.*, | : |
| *Respondents.* | : |

## ORDER

**AND NOW,** this **29th** day of **January 2026,** upon consideration of Mr. Museridze's Petition for a Writ of Habeas Corpus (ECF No. 1) and the Government's Answer (ECF No. 4), it is hereby **ORDERED** that the Petition is **GRANTED**. It is **FURTHER ORDERED** as follows:

1. The Government shall release Mr. Museridze from custody immediately and file a certificate of compliance on the docket no later than **5:00 p.m. on January 30, 2026**.

2. The Government is enjoined from detaining Mr. Museridze under 8 U.S.C. § 1226(a) for seven (7) days following his release from custody.

3. The Government shall submit by **February 12, 2026** a brief explaining its position regarding Mr. Museridze's request for attorneys' fees and costs under the Equal Access to Justice Act, 28 U.S.C. § 2412. Mr. Museridze may submit a reply by **February 19, 2026**. Briefs must conform with Judge Scott's Policies and Procedures.

BY THE COURT:

*/s/ Kai N. Scott*
**HONORABLE KAI N. SCOTT**
**United States District Court Judge**