## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LASHA MUSERIDZE,                          :
                                          :
      Petitioner,                        :
                                          :
v.                                        :   Case No. 2:26-cv-00264
                                          :
JAMAL L. JAMISON, *et al.*,               :
                                          :
      Respondents.                       :

### STIPULATION AND ORDER

Petitioner and respondents, through counsel, stipulate as follows:

1.      Petitioner is a non-citizen who was detained by immigration authorities and filed this action for a writ of habeas corpus on January 15, 2026. ECF No. 1.

2.      On January 29, 2026, the Court granted the Petition and ordered Petitioner immediately released. ECF No. 9 ¶ 1. Petitioner was thereafter released. ECF No. 10.

3.      The Court additionally ordered Respondents to submit by February 11, 2026 a brief explaining their position regarding Petitioner's request for attorneys' fees and costs under the Equal Access to Justice Act, 28 U.S.C. § 2412 ("EAJA"). ECF No. 9 ¶ 3. The Court further provided for a reply to be filed by Petitioner. *Id.*

4.      Petitioner now withdraws his request for attorneys' fees under the EAJA.

5.      The parties agree that Petitioner's withdrawal of his request for attorneys' fees obviates the need for briefing regarding attorneys' fees; therefore, Respondents should not be required to submit a brief explaining their position regarding attorneys' fees.

So stipulated:

                                      DAVID METCALF
                                      United States Attorney


_s/ Mana Aliabadi_                    _s/ Rebecca S. Melley_
MANA ALIABADI                         REBECCA S. MELLEY
Palladino, Isbell & Casazza, LLC      Assistant United States Attorney
2316 S. Broad Street                  Eastern District of Pennsylvania
Philadelphia, PA 19145                615 Chestnut Street, Suite 1250
Phone: (215) 576-9000                 Philadelphia, PA 19106
Email: mana@piclaw.com                Phone: (215) 861-8328
                                      Email: Rebecca.Melley@usdoj.gov

*Counsel for Petitioner*
                                      *Counsel for Respondents*




                                      SO ORDERED:


Dated: ___3/3/26___                   _____
                                      KAI N. SCOTT
                                      United States District Court Judge




                                      2

## CERTIFICATE OF SERVICE

I certify that this stipulation and proposed order, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

Dated: February 3, 2026

 s/ Rebecca S. Melley
REBECCA S. MELLEY
Assistant United States Attorney